# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>LATHERIO MEADOWS,<br><br>                 Defendant. | Case No. 21-CR-252-JPS<br><br>**ORDER** |

On December 14, 2021, the grand jury returned a seventeen-count Indictment against Defendant, charging him with violations of 18 U.S.C. §§ 1951(a), 924(c)(1)(A)(ii), 922(j), 922(g)(1), and 924(a)(2). ECF No. 1. On May 23, 2022, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to Counts One, Two, Four, Five, Six, Eight, Ten, Thirteen, and Fifteen of the Indictment. ECF No. 33.

The parties appeared before Magistrate Judge William E. Duffin on June 9, 2022 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 38. Defendant entered a plea of guilty as to Counts One, Two, Four, Five, Six, Eight, Ten, Thirteen, and Fifteen in the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Duffin determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*

On June 9, 2022, Magistrate Judge Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared;

and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation, ECF No. 38, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 28th day of June, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge